UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRAHMAN PARTNERS II, L.P.,
BRAHMAN PARTNERS III, L.P.,
BRAHMAN PARTNERS II OFFSHORE,
LTD., BRAHMAN INSTITUTIONAL
PARTNERS, L.P., BRAHMAN C.P.F.
PARTNERS, L.P., BRAHMAN PARTNERS
IV, L.P., BRAHMAN PARTNERS IV
(CAYMAN) LTD., and BH INVESTMENTS
FUND, L.L.C.,

                Plaintiffs,

v.

OCWEN FINANCIAL CORPORATION,
WILLIAM ERBEY, and RONALD FARIS,

                Defendants.

Civil No. 9:18-cv-80359-DMM/DLB

## JOINT MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Brahman Partners II, L.P., Brahman Partners III, L.P., Brahman Partners II Offshore, Ltd., Brahman Institutional Partners, L.P., Brahman C.P.F. Partners, L.P., Brahman Partners IV, L.P., Brahman Partners IV (Cayman), Ltd., and BH Investments Fund, L.L.C. (collectively, "Plaintiffs"), and Defendants Ocwen Financial Corporation, William Erbey, and Ronald Faris (collectively, "Defendants"), by and through their undersigned counsel, respectfully move the Court to dismiss the above-captioned matter with prejudice, and state as follows:

1. All matters in controversy between the parties have been settled.

2. The parties therefore jointly move to dismiss all claims, counter-claims, and all causes of action asserted or which could have been asserted between them in this action, with prejudice to the right to pursue any such claims in the future.

3. Each party shall bear its own attorneys' fees and costs.

4. Counsel for all parties have reviewed, approved, and authorized to be filed the attached [Proposed] Order.

WHEREFORE, the parties respectfully request that the Court grant the parties' Joint Motion to Dismiss with Prejudice and enter the attached [Proposed] Final Order of Dismissal with Prejudice.

## CERTIFICATION OF GOOD FAITH CONFERRAL

Pursuant to S.D. Fla. L.R. 7.1(a)(3), counsel for Plaintiffs and Defendants certify that they have conferred, consent to the relief requested herein, and jointly request entry of the attached [Proposed] Final Order of Dismissal with Prejudice.

Dated: February 20, 2019

Respectfully Submitted,

**GENOVESE JOBLOVE & BATTISTA, P.A.**
200 East Broward Boulevard, Suite 1110
Fort Lauderdale, FL 33301
Tel: 954-453-8022

/s/ *Robert F. Elgidely*
Robert F. Elgidely
Florida Bar No. 111856
E-mail: relgidely@gjb-law.com

-and-

**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, NY 10020
Tel: 212-262-6700

Lawrence M. Rolnick (admitted *pro hac vice*)
Marc B. Kramer (admitted *pro hac vice*)
Thomas E. Redburn, Jr. (admitted *pro hac vice*)
Michael J. Hampson (admitted *pro hac vice*)

*Attorneys for Plaintiffs*

**GREENBERG TRAURIG, LLP**
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, Florida 33301
Telephone:   (954) 765-0500
Facsimile:    (954) 765-1477

/s/ *Jeffrey Allan Hirsch*
Jeffrey Allan Hirsch
Florida Bar No. 199850
Email: hirschj@gtlaw.com

-and-

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, New York 10036
Telephone: 212-715-9100
Facsimile: 212-715-8456

John P. Coffey (admitted *pro hac vice*)
Jonathan M. Wagner (admitted *pro hac vice*)
Jason M. Moff (admitted *pro hac vice*)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Joint Motion to Dismiss with Prejudice was served by CM/ECF, on February 20, 2019, on all counsel or parties of record on the service list.

/s/ *Jeffrey Allan Hirsch*
Jeffrey Allan Hirsch

## SERVICE LIST

Attorneys for Plaintiffs:

GENOVESE JOBLOVE & BATTISTA
Robert F. Elgidely
200 E Broward Boulevard
Suite 1110
Fort Lauderdale, FL 33301
954-453-8022
Fax: 954-453-8010
relgidely@gjb-law.com

LOWENSTEIN SANDLER LLP
Lawrence M. Rolnick
Marc B. Kramer
Michael J. Hampson
1251 Avenue of the Americas
New York, NY 10020
212-262-6700
lrolnick@lownestein.com
mkramer@lowenstein.com
mhampson@lowenstein.com

Thomas E. Redburn, Jr.
One Lowenstein Drive
Roseland, NJ 07068
973-597-2500
tredburn@lowenstein.com